MURRAY HILL BUILDING COMPANY, INC., a New York corporation, *v.* THE F. H. SMITH COMPANY, a Delaware ·corporation.

*(September* 22, 1931.)

PENNEWILL, C. J., HARRINGTON and RICHARDS, J. J., sitting. --

*James R. Morford* (of Marvel, Morford, Ward and Logan) for plaintiff.

*Caleb S. Layton* (of Richards, Layton and Finger) for defendant.

Superior Court for New Castle County, No. 26, September Term, 1931.

The court held the plea good and overruled the demurrer thereto.